

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2015

No. 04-14-00807-CV

Brad and Randi **AERY**, and the House Intervenors Lloyd House, Robert Eugene House, Magdalen House, Judith Ann House, Wayne House, Jimmy R. House, Edna Pawelek Ulbrich, Peter Pawelek, Jesse Pawelek, Ruby Pawelek Schumacher, Elizabeth Pawalek Reigh, Roy Mitchell Pawelek, Darlene Robinson Williams, Diane Fischer Casey, Mary Kay Fischer Adams and Arley House,
Appellants

v.

**HOSKINS, INC.,** et al,
Appellees

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-12-0045-CV-A
Starr Boldrick Bauer, Judge Presiding

## ORDER

The Kulka Appellees Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellees brief is this date GRANTED. Time is extended to May 20, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Peter Earl Hosey                Daniel Pozza

       Ellen Mitchell                  David William Navarro

       C. David Kinder                 Jason Allen Newman

       Rosemarie Kanusky               Julia Wommack Mann